| PROB 22 [EDTN51] (1/98) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 4:10-CR-30-016 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 3:13-00140-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Timothy Ryan Bouldin Sparta, Tennessee | DISTRICT Eastern District of Tennessee | DIVISION Chattanooga |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Harry S. Mattice, Jr. United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/19/2012 — TO 04/18/2016 |

**OFFENSE**

Conspiracy to Distribute and Manufacture 50 Grams or More of Methamphetamine (actual) and 500 Grams of a Mixture and Substance Containing Methamphetamine, in violation of Title 21 U. S. C. §§ 846; 841(a)(1) and (b)(1)(A); Class A Felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF TENNESSEE - Chattanooga**

IT IS HEREBY ORDERED that pursuant to Title 18, U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **MIDDLE DISTRICT OF TENNESSEE,** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/25/2013
Date

Honorable Harry S. Mattice, Jr.
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/12/13
Effective Date

Todd Campbell
United States District Judge