PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: Timothy Ryan Bouldin     Case Number: 3:13-00140

Name of Sentencing Judicial Officer: Honorable Harry S. Mattice, Jr., U.S. District Judge

Name of Current Judicial Officer: Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: May 2, 2011

Original Offense: 21 U.S.C. §§ 846; 841(a)(1) and (b)(1)(a), Conspiracy to Distribute and Manufacture 50 Grams or More of Methamphetamine (actual) and 500 Grams of a Mixture and Substance Containing Methamphetamine

Original Sentence: 51 months' custody and 3 years' supervised release

Type of Supervision: Supervised release     Date Supervision Commenced: April 19, 2013

Assistant U.S. Attorney: None Assigned     Defense Attorney: None Assigned

---

The Court orders:

    ☒ No Action Necessary at this Time
    ☐ Submit a Request for Modifying the Condition or Term of Supervision
    ☐ Submit a Request for Warrant or Summons
    ☐ Other

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Considered this 10 day of Feb, 2014, and made a part of the records in the above case.

Brad Bartels
U.S. Probation Officer

Todd J. Campbell
U.S. District Judge

Place     Cookeville, TN

Date     February 10, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On January 23, 2014, Mr. Bouldin was given a drug test that appeared to be postive for methamphetamine. When questioned by the probation officer, Mr. Boulding originally denied using any illegal substance. After further questioning by the probation officer, Mr. Bouldin admitted to using methamphetamine on or about January 19, 2014. The urine sample was confirmed by the laboratory to be positive for methamphetamine.

On January 27, 2014, Mr. Bouldin was given a drug test that appeared to be positive for methamphetamine and amphetamines. Mr. Bouldin denied any new use since his last positive drug test on January 23, 2014. Mr. Bouldin said he last used methamphetamine on or about January 19, 2014. The urine sample was confirmed by the laboratory to be positive for methamphetamine and amphetamines.

## Compliance with Supervision Conditions and Prior Interventions:

Timothy Bouldin lives with his mother in Sparta, Tennessee, and is currently unemployed after separating from the family logging business. Mr. Bouldin began his three-year term of supervised release on April 19, 2013, and his supervision is due to expire on April 18, 2016.

A report was submitted to the Court on December 11, 2013, as a result of a positive drug test for methamphetamine on November 12, 2013. Mr. Bouldin denied use, and stated his friend must have "slipped" the drug into his drink when he went inside a restaurant to pick up food. Since that report was submitted, Mr. Bouldin has admitted to knowingly using methamphetamine causing him to be positive for the drug test on November 12, 2013. As a result of the positive drug test, the probation officer verbally reprimanded Mr. Bouldin and instructed him to not use any illegal drugs. Mr. Bouldin was referred for substance abuse treatment at Plateau Mental Health Center in Cookeville, Tennessee. The Court ordered no further action at that time.

On December 11, 2013, and January 3, 2014, Mr. Bouldin failed to report for drug tests as instructed by the probation officer. The probation officer verbally reprimanded Mr. Bouldin after each missed drug test, and re-instructed him to comply with the conditions of his supervised release.

On January 7, 2014, Mr. Bouldin failed to report for his substance abuse intake assessment at Plateau Mental Health Center. The probation officer verbally reprimanded Mr. Bouldin and instructed him to reschedule for the first available time. Mr. Bouldin completed his substance abuse assessment on January 14, 2014. Due to Mr. Bouldin's noncompliance, the probation officer and his supervisor met with Mr. Bouldin on January 23, 2014. During this meeting, Mr. Bouldin admitted to using methamphetamine approximately every week and a half, but denied using it while working. Mr. Bouldin said he was stressed about work and family issues, and reverted to using methamphetamine. He requested additional substance abuse treatment. The probation officer contacted Plateau Mental Health and increased Mr. Bouldin's substance treatment to one session per week beginning January 28, 2014. The probation officer also discussed the possibility of inpatient substance abuse treatment if Mr. Bouldin continued to use methamphetamine or any other illegal substance.

As a result of his positive drug test on January 27, 2014, the probation officer referred Mr. Bouldin to a 28-day inpatient substance abuse treatment program at the New Leaf Recovery Center in Cookeville, Tennessee. Mr. Bouldin has not been scheduled for admission as of this date, but the probation officer was told by New Leaf staff that Mr. Bouldin would be admitted no later than February 18, 2014.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Bouldin remain on supervised release, complete inpatient substance abuse treatment, and not incur any future violations. The United States Attorney's office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer