UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00140 |
| | ) | JUDGE CAMPBELL |
| TIMOTHY RYAN BOULDIN | ) | |

ORDER

Pending before the Court is a Petition (Docket No. 6) alleging violations of supervised release conditions. The Court will hold a hearing on the Petition on September 3, 2014, at 11:00 a.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE