UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00140 |
| | ) | JUDGE CAMPBELL |
| TIMOTHY RYAN BOULDIN | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Continue September 3 Revocation Hearing (Docket No. 14). The Motion is GRANTED. The hearing is continued until September 29, 2014, at 1:00 p.m.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE