UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00140 |
| | ) | JUDGE CAMPBELL |
| TIMOTHY RYAN BOULDIN | ) | |

## ORDER

Pending before the Court is a Petition (Docket No. 6) alleging violations of Conditions of Supervised Release. The Court held a hearing on September 29, 2014.

The Defendant admitted all the violations. The Court imposed the following sentence:

1. The Defendant's term of Supervised Release is extended six (6) months;

2. The Defendant shall participate in a mental health program as directed by the Probation Officer. The Defendant shall pay all or part of the cost for mental health treatment if the Probation Officer determines the Defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment;

3. The Defendant may work in Van Buren County. The Defendant shall advise the Probation Officer of the location of his place of employment.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE